The Honorable Samuel J. Steiner
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>ROBERT E. HOUSER,<br><br>       Debtor(s).<br>_____<br><br>ROBERT E. HOUSER,<br><br>       Plaintiff(s),<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP., f/k/a COUNTRYWIDE HOME LOANS; CITIMORTGAGE, INC.; CRESTLINE FUNDING CORPORATION; MORTGAGE ELECTRONIC REGISTRIATION SYSTEMS, INC.<br><br>       Defendants. | Case No. 10-14469<br><br>Adversary Case No. 10-01352<br><br>*EX PARTE* ORDER TO STRIP JUNIOR LIEN OF DEFENDANT CITIMORTGAGE, INC. |

  THIS MATTER having come Ex Parte before the Judge of the above-entitled Court upon the Plaintiff's Motion for Default and Default Judgment against Defendant CitiMortgage, Inc. (hereinafter "Defendant"), and Plaintiff being represented by his attorneys, Christina Latta Henry and Seattle Debt Law, LLC and Defendant having failed to appear, answer or plead herein and the Court having considered the Plaintiff's Motion for Default, the Declaration of Christina Latta

EX PARTE ORDER TO STRIP JUNIOR LIEN OF
DEFENDANT CITIMORTGAGE, INC.
( ) - 1

**SEATTLE DEBT LAW, LLC**
1050 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Henry in support of the same and being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the junior lien of Defendant CitiMortgage, Inc. (hereinafter "CM") is avoided on the condition that the Debtor completes his Chapter 13 Plan and receives a Chapter 13 discharge;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CM retains its lien on any surplus proceeds from a potential foreclosure sale by the senior lien holder prior to the Debtor's completion of his Chapter 13 Plan and entry of his Chapter 13 discharge;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CM's claim will be treated as unsecured so that it may receive any dividends as an unsecured creditor under the Chapter 13 plan;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that should the Debtor convert or be dismissed from their main bankruptcy case, then CM's lien will be reinstated and;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that each party is to bear their own attorney's fees and costs in the adversary proceeding.

DATED this ___ day of October, 2010.

*[signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Plaintiff

EX PARTE ORDER TO STRIP JUNIOR LIEN OF
DEFENDANT CITIMORTGAGE, INC.
(ADVERSARY CASE NO.) - 2

**SEATTLE DEBT LAW, LLC**
1050 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148